1   Beth E. Terrell, WSBA #26759
    Jennifer R. Murray, WSBA #36983
2   Elizabeth A. Adams, WSBA #49175
    Terrell Marshall Law Group PLLC
3   936 North 34th Street, Suite 300
    Seattle, Washington 98103
4   Telephone: (206) 816-6603
    Facsimile: (206) 319-5450
5   Email: bterrell@terrellmarshall.com
    Email: jmurray@terrellmarshall.com
6   Email: eadams@terrellmarshall.com

7   [Additional Counsel Appear On Signature Page]

8                UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF WASHINGTON
9

10  CYNTHIA HARVEY and STEVEN A.
    MILMAN, individually and on behalf of          NO. 2:18-cv-00012-SMJ
    all others similarly situated,
11
                                                   **DECLARATION OF BETH E.**
12                   Plaintiffs,                   **TERRELL IN SUPPORT OF**
                                                   **PLAINTIFFS' RESPONSE TO**
13       v.                                        **DEFENDANTS' MOTIONS TO**
                                                   **DISMISS**
14  CENTENE CORPORATION,
    COORDINATED CARE
15  CORPORATION, and SUPERIOR
    HEALTHPLAN, INC.,
16
                     Defendants.
17

18       I, Beth E. Terrell, declare as follows:

19       1.      I am a member of Terrell Marshall Law Group PLLC ("TMLG") and

20  one of the attorneys representing Plaintiffs in this action. I am admitted to practice

DECLARATION OF BETH E. TERRELL IN SUPPORT OF
PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTIONS TO
DISMISS - 1
CASE NO. 2:18-CV-00012-SMJ

before this Court and am a member in good standing of the bars of the states of Washington and California.  I respectfully submit this declaration in support of Plaintiffs' Response to Defendants' Motions to Dismiss. I make this declaration based upon personal knowledge, and am competent to testify regarding the following facts.

2.      Attached hereto as Exhibit 1 is a true and correct copy of a Case Detail report for case number 1545093, obtained from the Washington State Office of the Insurance Commissioner via public records request. Plaintiffs labeled this document PRR-OIC_000041-000041.15.

3.      Attached hereto as Exhibit 2 is a true and correct copy of correspondence regarding a consumer complaint against Ambetter, obtained from the Washington State Office of the Insurance Commissioner via public records request. Plaintiffs labeled this document PRR-OIC_000001.33-000001.35.

4.      Attached hereto as Exhibit 3 is a true and correct copy of a letter from Ambetter approving a medical procedure, obtained from the Washington State Office of the Insurance Commissioner via public records request. Plaintiffs labeled this document PRR-OIC_000199.14.

5.      Attached hereto as Exhibit 4 is a true and correct copy of an Outpatient Prior Authorization Fax Form from Ambetter, received by Centene on September 8, 2017. Plaintiffs obtained this document from the Washington State

DECLARATION OF BETH E. TERRELL IN SUPPORT OF
PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTIONS TO
DISMISS - 2
CASE NO. 2:18-CV-00012-SMJ

Office of the Insurance Commissioner via public records request. Plaintiffs labeled this document PRR-OIC_000123.18-000123.19.

6.    Attached hereto as <u>Exhibit 5</u> is a true and correct copy of email correspondence sent to Centene by a Coordinated employee to find out why a provider had not been approved as an in-network Ambetter provider. Plaintiffs obtained this document from the Washington State Office of the Insurance Commissioner via public records request. Plaintiffs labeled this document PRR-OIC_000322.08-000322.10.

7.    Attached hereto as <u>Exhibit 6</u> is a true and correct copy of excerpts from Centene's Form 10-K report to the Securities and Exchange Commission, for the fiscal year ending December 31, 2017.

8.    Attached hereto as <u>Exhibit 7</u> is a true and correct copy of Coordinated Care Corporation's Company Profile available on the Washington State Office of the Insurance Commissioner's website, located at https://fortress.wa.gov/oic/consumertoolkit/Company/CompanyProfile.aspx?WAOIC=500635.

9.    Attached hereto as <u>Exhibit 8</u> is a true and correct copy of the Glossary of Terms from the Washington State Office of the Insurance Commissioner's website, located at https://www.insurance.wa.gov/glossary-terms.

10.    Attached hereto as <u>Exhibit 9</u> is a true and correct copy of excerpts from Coordinated Care Corporation's Segregated Accounts Annual Report dated

DECLARATION OF BETH E. TERRELL IN SUPPORT OF
PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTIONS TO
DISMISS - 3
CASE NO. 2:18-CV-00012-SMJ

1    December 31, 2016 and 2015, obtained from the Washington State Office of the

2    Insurance Commissioner.

3          11.    Attached hereto as <u>Exhibit 10</u> is a true and correct copy of the

4    Supplemental Compensation Exhibit for the Year 2016 of the Coordinated Care

5    Corporation.

6          12.    Attached hereto as <u>Exhibit 11</u> is a true and correct copy of an article

7    entitled "Fathi removed as president of Coordinated Care" that can be found on the

8    webpage https://stateofreform.com/featured/2017/12/fathi-removed-president-

9    coordinated-care/, last downloaded on April 30, 2018.

10          13.    Attached hereto as <u>Exhibit 12</u> is a true and correct copy of a Centene

11    NovaSys Payment Receipt showing the address for Ambetter Coordinated Care

12    Health in St. Louis, Missouri. Plaintiffs obtained this document from the

13    Washington State Office of the Insurance Commissioner via public records

14    request. Plaintiffs labeled this document PRR-OIC_000325.12.

15          14.    Attached hereto as <u>Exhibit 13</u> is a true and correct copy of Centene's

16    Clinical Policy: Gender Reassignment Surgery, obtained from the Washington

17    State Office of the Insurance Commissioner via public records request. Plaintiffs

18    labeled this document PRR-OIC_000454.13-000454.22.

19          15.    Attached hereto as <u>Exhibit 14</u> is a true and correct copy of a report

20    from the House of Representatives Committee on Education and Labor titled

DECLARATION OF BETH E. TERRELL IN SUPPORT OF
PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTIONS TO
DISMISS - 4
CASE NO. 2:18-CV-00012-SMJ

1    "America's Affordable Health Choices Act of 2009, 111 H. Rpt. 299, dated

2    October 14, 2009.

3            16.      Attached hereto as <u>Exhibit 15</u> is a true and correct copy of 29 U.S.C.

4    § 1185d.

5            17.      Attached hereto as <u>Exhibit 16</u> is a true and correct copy of excerpts

6    from Plaintiff Milman's Celtic Insurance Company for Ambetter from Superior

7    Healthplan Major Medical Expense Policy.

8            I declare under penalty of perjury under the laws of the United States that

9    the foregoing is true and correct.

10           EXECUTED at Seattle, Washington this 30th day of April, 2018.

11

12                                    /s/ Beth E. Terrell, WSBA #26759
                                      Beth E. Terrell, WSBA #26759
13

14

15

16

17

18

19

20

DECLARATION OF BETH E. TERRELL IN SUPPORT OF
PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTIONS TO
DISMISS - 5
CASE NO. 2:18-CV-00012-SMJ

1

CERTIFICATE OF SERVICE

2          I, Beth E. Terrell, hereby certify that on April 30, 2018, I electronically filed

3    the foregoing with the Clerk of the Court using the CM/ECF system which will

4    send notification of such filing to the following:

5                    Maren Roxanne Norton, WSBA #35435
                     Attorneys for Defendants
6                    STOEL RIVES LLP
                     600 University Street, Suite 600
7                    Seattle, Washiingon 98101
                     Telephone: (206) 386-7598
8                    Facsimile: (206) 386-7500
                     Email:  mrnorton@stoel.com
9
                     Steven M. Cady, *Admitted Pro Hac Vice*
10                   Brendan V. Sullivan, Jr., *Admitted Pro Hac Vice*
                     Andrew McBride
11                   William Murray
                     Attorneys for Defendants
12                   WILLIAMS & CONNOLLY, PLLC
                     725 Twelfth Street, N.W.
13                   Washington, D.C. 20005
                     Telephone: (202) 434-5321
14                   Facsimile: (202) 434-5029
                     Email: scady@wc.com
15                   Email: bsullivan@wc.com
                     Email:  amcbride@wc.com
16                   Email:  bmurray@wc.com

17

18

19

20

DECLARATION OF BETH E. TERRELL IN SUPPORT OF
PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTIONS TO
DISMISS - 6
CASE NO. 2:18-CV-00012-SMJ

1    DATED this 30th day of April, 2018.

2                                    TERRELL MARSHALL LAW GROUP PLLC

3                                    By:    /s/ Beth E. Terrell, WSBA #26759
                                          Beth E. Terrell, WSBA #26759
4                                         Attorneys for Plaintiffs
                                          936 North 34th Street, Suite 300
5                                         Seattle, Washington 98103
                                          Telephone: (206) 816-6603
6                                         Facsimile: (206) 319-5450
                                          Email: bterrell@terrellmarshall.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION OF BETH E. TERRELL IN SUPPORT OF
PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTIONS TO
DISMISS - 7
CASE NO. 2:18-CV-00012-SMJ