FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 12, 2018

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYNTHIA HARVEY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CENTENE MANAGEMENT COMPANY LLC and COORDINATED CARE CORPORATION,<br><br>　　　　　　　　Defendants. | No.　2:18-CV-00012-SMJ<br><br>**ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

Before the Court is Defendants' Motion to Dismiss First Amended Complaint, ECF No. 44. On August 29, 2018, the parties filed their Federal Rule of Civil Procedure 15(a)(2) Stipulation to File Second Amended Complaint. ECF No. 47. Plaintiff filed her Second Amended Complaint the same day. ECF No. 48. An amended complaint completely supersedes an earlier complaint, rendering the latter non-existent. *Jackson v. Fong*, 870 F.3d 928, 934 (9th Cir. 2017); *Rhodes v. Robinson*, 621 F.3d 1002, 1005 (9th Cir. 2010). Having reviewed the pleadings and the file in this matter the Court is fully informed, without need for oral argument, and concludes Defendants' request to dismiss Plaintiffs' earlier complaint is moot.

ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT - 1

Accordingly, **IT IS HEREBY ORDERED**:

1.     Defendants' Motion to Dismiss First Amended Complaint, **ECF No. 44**, is **DENIED AS MOOT**, and all dates and deadlines associated with that motion are **STRICKEN**.

2.     Defendants may file additional dispositive motions any time before the dispositive motion deadline.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 12th day of September 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge