Beth E. Terrell, WSBA #26759
Jennifer R. Murray, WSBA #36983
Elizabeth A. Adams, WSBA #49175
Attorneys for Plaintiff and the Class
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: bterrell@terrellmarshall.com
Email: jmurray@terrellmarshall.com
Email: eadams@terrellmarshall.com

[Additional Counsel Appear On Signature Page]

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYNTHIA HARVEY, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>CENTENE MANAGEMENT COMPANY, LLC and COORDINATED CARE CORPORATION,<br><br>       Defendants. | NO. 2:18-cv-00012-SMJ<br><br>**DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

I, Beth E. Terrell, declare as follows:

1.      I am a member of the law firm of Terrell Marshall Law Group PLLC

("TMLG"), counsel of record for Plaintiffs in this matter. I am admitted to practice

1 before this Court and am a member in good standing of the bars of the states of

2 Washington and California. I respectfully submit this declaration in support of

3 Plaintiff's Motion for Class Certification. Except as otherwise noted, I have

4 personal knowledge of the facts set forth in this declaration and could testify

5 competently to them if called upon to do so.

6 2. TMLG is a law firm in Seattle, Washington, that focuses on complex

7 civil and commercial litigation with an emphasis on consumer protection, product

8 defect, civil rights, employment, wage and hour, real estate, and personal injury

9 matters. The attorneys of TMLG have extensive experience in class actions,

10 collective actions, and other complex matters. They have been appointed lead or

11 co-lead class counsel in numerous cases at both the state and federal level. They

12 have prosecuted a variety of multi-million-dollar consumer fraud, civil rights,

13 wage and hour, and product defect class actions. The defendants in these cases

14 have included companies such as Wal-Mart, Microsoft, Best Buy, Toyota, Honda,

15 Sallie Mae, Comcast, ABM Industries, Inc., AT&T, T- Mobile USA,

16 Weyerhaeuser, Behr Products, American Cemwood, Bank of America, Discover

17 Financial Services, Capital One, and HSBC.

18 3. I am the lead attorney from TMLG in the instant litigation. A

19 founding member of TMLG, I concentrate my practice in complex litigation,

20 including the prosecution of consumer, defective product, and wage and hour class

actions. I have served as co-lead counsel on numerous multi-state and nationwide class actions. I also handle a variety of employment issues including employment discrimination, restrictive covenant litigation, and pre-litigation counseling and advice.

4. I received a B.A., magna cum laude, from Gonzaga University in 1990. In 1995, I received my J.D. from the University of California, Davis School of Law, Order of the Coif. Prior to forming TMLG in May 2008, I was a member of Tousley Brain Stephens PLLC. I am a frequent speaker at legal conferences on a wide variety of topics including consumer class actions, employment litigation, and electronic discovery, and I have been awarded an "AV" rating in Martindale Hubble by my peers.

5. I am actively involved in several professional organizations and activities. For example, I currently am an Eagle Member of the Washington State Association of Justice ("WSAJ"). I am the current Chair of the Washington Employment Lawyers Association, Chair of the Northwest Consumer Law Center, and President of the Public Justice Foundation.

6. I have been repeatedly named to the annual Washington Super Lawyers list. I have also been named to the Top 100 Washington Super Lawyers list and the Top 50 Women Super Lawyers list.

## A.  Qualifications of Other TMLG Attorneys

7.     Jennifer Rust Murray is a founding member of TMLG.  Ms. Murray graduated from the University of Washington School of Law in 2005 where she was a member of the Washington Law Review. Ms. Murray's law review article entitled "Proving Cause in Fact under Washington's Consumer Protection Act: The Case for a Rebuttable Presumption of Reliance" won the Carkeek prize for best submission by a student author. Prior to law school, Ms. Murray earned a Ph.D. in Philosophy from Emory University. Ms. Murray has been an active member of the Washington State Bar Association since her admission to the bar in 2005. In 2010, Ms. Murray was admitted to the Oregon State Bar.  In 2011, 2012, 2013, 2014, and 2015, Ms. Murray was named a Washington "Rising Star" by SuperLawyer Magazine. Ms. Murray focuses her practice on complex commercial litigation with an emphasis on consumer and employment issues. She has been involved in nearly every class action prosecuted by the firm.

8.     Elizabeth A. Adams is a 2012 graduate of the UCLA School of Law, where she received the Order of the Coif and served as a Comments Editor for the UCLA Law Review. Ms. Adams has been an associate with TMLG since early 2015, and she concentrates her practice in complex litigation, including consumer protection and civil rights class actions. Before joining TMLG, Ms. Adams served as a law clerk to the Honorable Dean D. Pregerson, the Honorable George Wu, and

the Honorable John A. Kronstadt, all of the United States District Court for the Central District of California.

**B. TMLG's Prosecution of This Action**

9.    TMLG has invested numerous hours and advanced significant costs into the investigation and prosecution of this case, and we have the ability and intention to continue to pursue the case to a successful conclusion.

**C. Other Cases Litigated by TMLG**

10.    TMLG has actively and successfully litigated consumer protection and product liability class action lawsuits in California and throughout the United States.  TMLG is litigating or has recently settled the following consumer protection class actions:

- *Gold, et al. v. Lumber Liquidators, Inc.*—Filed in 2014 on behalf of consumers who purchased defective flooring. TMLG represents a certified nationwide class of consumers as well as six certified sub-classes of consumers in the states of California, Illinois, West Virginia, Minnesota, Pennsylvania, and Florida. The case is pending in the United States District Court for the Northern District of California. The parties have reached settlement valued at up to $30 million. A request for preliminary approval of the settlement is currently pending before the court.

- *Jordan v. Nationstar Mortgage, LLC*— TMLG represented a class of over 5,000 homeowners who were improperly locked out of their homes by their mortgage lender. The United States District Court for the Eastern District of

Washington granted final approval of $17 million settlement in May 2019.

- *Breazeale, et al. v. Victim Services, Inc., et al.*— Filed in 2014 on behalf of California consumers who received false, misleading, and deceptive debt collection letters printed on the letter head of county prosecuting attorneys. The case has been certified as a class action and is pending in the United States District Court for the Northern District of California.

- *Dibb, et al. v. AllianceOne Receivables Management, Inc.*— TMLG represented three certified classes of Washington consumers who received unfair and deceptive debt collection notices that included threats of criminal prosecution. The case settled on a class-wide basis for $1,900,000 in March 2017, and final approval was granted in July 2017.

- *Cavnar, et al. v. BounceBack, Inc.*—Filed in 2014 on behalf of Washington consumers who received false, misleading, and deceptive debt collection letters printed on the letter head of county prosecuting attorneys. TMLG worked to negotiate a class-wide settlement, and final approval was granted in September 2016.

- *Soto v. American Honda Motor Corporation*—Filed in 2012 on behalf of owners and lessees of 2008-2010 Honda Accords that consume motor oil at a much higher rate than intended, due to a systemic design defect. The case settled on a class-wide basis and final approval was granted in March 2014.

- *Smith v. Legal Helpers Debt Resolution LLC*—Filed in 2011 on behalf of consumers who were charged excessive fees for debt adjusting services in violation of Washington law. Class settlements were approved by the Court in December 2012 and December 2013.

- *Brown v. Consumer Law Associates LLC, et al.*—Filed in 2011 on behalf of consumers who were charged excessive

DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION - 6
CASE NO. 2:18-CV-00012-SMJ

fees for debt adjusting services in violation of Washington law. A class settlement was approved by the Court in 2013.

- *Bronzich, et al. v. Persels & Associates, LLC, et al.*—Filed in 2010 on behalf of consumers who were charged excessive fees for debt adjusting services in violation of Washington law. A class settlement was approved by the Court in 2013.

- *Milligan, et al. v. Toyota Motor Sales, Inc.*—Filed in 2009 on behalf of owners of 2001-2003 Toyota RAV4s containing defective Electronic Computer Modules, which cause harsh shifting conditions and permanent damage to the transmissions. TMLG worked to negotiate a nationwide class action settlement, and final approval was granted in January 2012.

- *Kitec Consolidated Cases*—Served as co-counsel in a national class action lawsuit against the manufacturers of defective hydronic heating and plumbing systems. The case settled for $125,000,000, and final approval was granted in 2011.

- *Seraphin v. AT&T Internet Services, Inc., et al.*—A multi-state class action filed in 2009 on behalf of AT&T internet customers who paid $20 a month or less for internet service and were assessed and Early Termination Fee when they cancelled service. A class settlement was approved by the Court in 2011.

11.     My co-counsel, Seth Lesser, and his firm, Klafter Olsen & Lesser LLP ("KOL") have extensive experience representing consumers in class actions throughout the United States. Details are included in <u>Exhibit 57</u> attached hereto, which contains a copy of his current CV and the firm's resume. In short, as to Seth, for over 20 years he has represented plaintiffs in individual, class, and collective

actions, including specifically consumer cases. As a result, he has obtained

settlements in excess of a quarter of a billion dollars for consumers; was the

National Association of Consumer Advocates' Attorney of the Year in 2005 and

was Co-Chair of the Board of Directors of that organization from 2008 through

2013; Mr. Lesser is a co-author and contributor the National Consumer Law

Center's noted Consumer Class Actions treatise; has been lead or co-lead in

numerous significant cases including, among others, has been appointed lead

counsel by federal judges in a number of MDL proceedings; and has been

appointed to and served on a number of professional committees for among others,

such groups as the American Bar Association, the Second Circuit Federal Bar

Council, and the American Law Institute (of which he was elected a member in

2008). Further information is contained in the attached CV.

    12.    Plaintiff and her counsel have already shown that they will vigorously

pursue these claims on behalf of the class. Plaintiff has assisted counsel with

investigating her claims and has responded to Centene's requests for production.

    13.    Attached hereto as <u>Exhibit 1</u> is a true and correct copy of an excerpt of

a spreadsheet named "Confidential Production - WA.CallType Member 2014-End

- 35 Requested Subcategory Codes.xlsb," labeled CCH050072. This document is

designated as "confidential" and has been filed under seal pursuant to the February

27, 2019 Order Adopting Stipulated Protective Order.

1    14.    Attached hereto as <u>Exhibit 2</u> is a true and correct copy of Complaint

2   Details submitted to the Office of Washington State Office of Insurance

3   Commissioner, labeled CCH228372. This document is designated as

4   "confidential" and has been filed under seal pursuant to the February 27, 2019

5   Order Adopting Stipulated Protective Order.

6    15.    Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the

7   homepage of Centene's website, located at [www.centene.com](www.centene.com) and last visited

8   January 8, 2020.

9    16.    Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the Centene

10  2018 Annual Review, available on Centene's website at

11  https://investors.centene.com/static-files/7fd238e4-7948-449f-ab69-005ca7bd4f5f.

12   17.    Attached hereto as <u>Exhibit 5</u> is a true and correct copy of Centene's

13  Form 10-Q, dated October 22, 2019.

14   18.    Attached hereto as <u>Exhibit 6</u> is a true and correct copy of excerpts

15  from the Deposition of Amy Condon, taken September 20, 2019.

16   19.    Attached hereto as <u>Exhibit 7</u> is a true and correct copy of Coordinated

17  Care Corporation's Net Premium Revenue for year ending December 31, 2015.

18   20.    Attached hereto as <u>Exhibit 8</u> is a true and correct copy of Coordinated

19  Care Corporation's Net Premium Revenue for year ending December 31, 2016.

20

DECLARATION OF BETH E. TERRELL IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION - 9
CASE NO. 2:18-CV-00012-SMJ

21.     Attached hereto as <u>Exhibit 9</u> is a true and correct copy of Coordinated Care Corporation's Net Premium Revenue for year ending December 31, 2017.

22.     Attached hereto as <u>Exhibit 10</u> is a true and correct copy of Coordinated Care Corporation's Net Premium Revenue for year ending December 31, 2018.

23.     Attached hereto as <u>Exhibit 11</u> is a true and correct copy of Coordinated Care's 2018 Evidence of Coverage, labeled CCH008366. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

24.     Attached hereto as <u>Exhibit 12</u> is a true and correct copy of the December 15, 2011 Consent Order Levying a Fine and Rescinding Notice of Suspension Order No. 17-0475 and Cease and Desist Order No. 17-0474, labeled CCH016492. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

25.     Attached hereto as <u>Exhibit 13</u> is a true and correct copy of a January 19, 2018 document regarding Alternative Access Delivery Requests submissions to the OIC , labeled CCH000510. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

26.     Attached hereto as <u>Exhibit 14</u> is a true and correct copy of a January 19, 2018 document regarding Alternative Access Delivery Requests submissions to the OIC, labeled CCH000522. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

27.     Attached hereto as <u>Exhibit 15</u> is a true and correct copy of a February 1, 2018 document regarding Alternative Access Delivery Requests submissions to the OIC, labeled CCH002310. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

28.     Attached hereto as <u>Exhibit 16</u> is a true and correct copy of a February 19, 2018 document regarding Alternative Access Delivery Requests submissions to the OIC, labeled CCH000534. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

29.     Attached hereto as <u>Exhibit 17</u> is a true and correct copy of a March 29, 2018 document regarding Alternative Access Delivery Requests submissions to the OIC, labeled CCH001919. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

30.     Attached hereto as <u>Exhibit 18</u> is a true and correct copy of excerpts from an April 6, 2018 document regarding Alternative Access Delivery Requests submissions to the OIC, labeled CCH001279. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

31.     Attached hereto as <u>Exhibit 19</u> is a true and correct copy of excerpts from an April 6, 2018 document and regarding Alternative Access Delivery Requests submissions to the OIC, labeled CCH002458. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

32.     Attached hereto as <u>Exhibit 20</u> is a true and correct copy of excerpts from an April 6, 2018 document and regarding Alternative Access Delivery Requests submissions to the OIC, labeled CCH001023. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

33.     Attached hereto as <u>Exhibit 21</u> is a true and correct copy of excerpts from the June 6, 2018 Alternative Access Delivery Request Form C, labeled CCH016983. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

34. Attached hereto as <u>Exhibit 22</u> is a true and correct copy of excerpts from the June 6, 2018 Alternative Access Delivery Request Form C, labeled CCH001143. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

35. Attached hereto as <u>Exhibit 23</u> is a true and correct copy of excerpts from the June 6, 2018 Alternative Access Delivery Request Form C, labeled CCH000736. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

36. Attached hereto as <u>Exhibit 24</u> is a true and correct copy of an August 8, 2018 Alternative Access Delivery Request Form C, labeled CCH019698. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

37. Attached hereto as <u>Exhibit 25</u> is a true and correct copy of an August 8, 2018 Alternative Access Delivery Request Form C, labeled CCH002750. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

38. Attached hereto as <u>Exhibit 26</u> is a true and correct copy of excerpts from an August 8, 2018 Alternative Access Delivery Request Form C, labeled

CCH002988. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

39.     Attached hereto as <u>Exhibit 27</u> is a true and correct copy of excerpts from an August 8, 2018 Alternative Access Delivery Request Form C, labeled CCH003152. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

40.     Attached hereto as <u>Exhibit 28</u> is a true and correct copy of excerpts from an August 8, 2018 Alternative Access Delivery Request Form Ce, labeled CCH003234. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

41.     Attached hereto as <u>Exhibit 29</u> is a true and correct copy of excerpts from an August 8, 2018 Alternative Access Delivery Request Form C, labeled CCH003332. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

42.     Attached hereto as <u>Exhibit 30</u> is a true and correct copy of excerpts from the November 20, 2019 Deposition of Mary Wendt.

43. Attached hereto as <u>Exhibit 31</u> is a true and correct copy of Centene's 2020 Hospital Based Anesthesiology Network Report for Thurston County filed with the OIC.

44. Attached hereto as <u>Exhibit 32</u> is a true and correct copy of Centene's 2020 Emergency Room Physician Network Report King and Spokane Counties, filed with the OIC.

45. Attached hereto as <u>Exhibit 33</u> is a true and correct copy of the template that insurers are required to disseminate to insureds under the Balance Billing Protection Act (WAC 284-43B-010).

46. Attached hereto as <u>Exhibit 34</u> is a true and correct copy of a March 2018 email from Jennifer Carlisle to Ben Beasley, labeled CCH110112 and marked as Exhibit 18 to the deposition of Mary Wendt. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

47. Attached hereto as <u>Exhibit 35</u> is a true and correct copy of the Balance Billing Protection Act, dated November 19, 2019.

48. Attached hereto as <u>Exhibit 36</u> is a true and correct copy of Attachment A to the Coordinated Care Corporation Compliance Plan, labeled CCH016486. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

49. Attached hereto as <u>Exhibit 37</u> is a true and correct copy of a December 12, 2017 calendar event organized by Mary Wendt, labeled CCH101174. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

50. Attached hereto as <u>Exhibit 38</u> is a true and correct copy of a January 19, 2018 letter from Paul Goebel of Coordinated Care, labeled CCH016502. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

51. Attached hereto as <u>Exhibit 39</u> is a true and correct copy of a draft March 2018 Notice to Current and Former Members Response to Consent Order from the Office of the Insurance Commissioner from Coordinated Care, labeled CCH023761. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

52. Attached hereto as <u>Exhibit 40</u> is a true and correct copy of the Ambetter Consent Letter Project, labeled CCH012747. This document is designated as "confidential" and has been filed under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

53.     Attached hereto as Exhibit 41 is a true and correct copy of a June 4,

2018 letter from Risk and Regulatory Consulting to a member, labeled

CCH023763. This document is designated as "confidential" and has been filed

under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective

Order.

54.     Attached hereto as Exhibit 42 is a true and correct copy of a

spreadsheet containing a summary of member check requests, labeled

CCH050071. This document is designated as "confidential" and has been filed

under seal pursuant to the February 27, 2019 Order Adopting Stipulated Protective

Order.

55.     Attached hereto as Exhibit 43 is a true and correct copy of a document

produced by Centene, labeled CCH048065. This document is designated as

"confidential" and has been filed under seal pursuant to the February 27, 2019

Order Adopting Stipulated Protective Order.

56.     Attached hereto as Exhibit 44 is a true and correct copy of the 2018

Ambetter/Health Insurance Marketplace: SMART Program, labeled CCH050086.

This document is designated as "confidential" and has been filed under seal

pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

57.     Attached hereto as Exhibit 45 is a true and correct copy of a document

produced by Centene, labeled CCH047485. This document is designated as

"confidential" and has been filed under seal pursuant to the February 27, 2019

Order Adopting Stipulated Protective Order.

58.     Attached hereto as <u>Exhibit 46</u> is a true and correct copy of a January

25, 2017 Centene Work Process document, labeled CCH047992. This document is

designated as "confidential" and has been filed under seal pursuant to the February

27, 2019 Order Adopting Stipulated Protective Order.

59.     Attached hereto as <u>Exhibit 47</u> is a true and correct copy of excerpts

from the November 22, 2019 Deposition of Susanne Towill.

60.     Attached hereto as <u>Exhibit 48</u> is a true and correct copy of a document

produced by Centene, labeled CCH121397. This document is designated as

"confidential" and has been filed under seal pursuant to the February 27, 2019

Order Adopting Stipulated Protective Order.

61.     Attached hereto as <u>Exhibit 49</u> is a true and correct copy of a May 10,

2018 email from Dean Solis to Donovan Ayers, labeled CCH227991. This

document is designated as "confidential" and has been filed under seal pursuant to

the February 27, 2019 Order Adopting Stipulated Protective Order.

62.     Attached hereto as <u>Exhibit 50</u> is a true and correct copy of

Coordinated Care's 2017 Evidence of Coverage, labeled CCH004994. This

document is designated as "confidential" and has been filed under seal pursuant to

the February 27, 2019 Order Adopting Stipulated Protective Order.

63.     Attached hereto as <u>Exhibit 51</u> is a true and correct copy of a screen

shot from Cynthia Harvey's Ambetter member page, labeled HARVEY_000157.

64.     Attached hereto as <u>Exhibit 52</u> is a true and correct copy of

Coordinated Care's April 9, 2017 Member Explanation of Benefits for Cynthia

Harvey, labeled CCH020062. This document is designated as "confidential" and

has been filed under seal pursuant to the February 27, 2019 Order Adopting

Stipulated Protective Order.

65.     Attached hereto as <u>Exhibit 53</u> is a true and correct copy of May 3,

2017 letter from the OIC to Coordinated Care Corporation, labeled CCH020067.

This document is designated as "confidential" and has been filed under seal

pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

66.     Attached hereto as <u>Exhibit 54</u> is a true and correct copy of a May 11,

2017 letter from Coordinated Care to Cynthia Harvey, labeled HARVEY_000078.

This document is designated as "confidential" and has been filed under seal

pursuant to the February 27, 2019 Order Adopting Stipulated Protective Order.

67.     Attached hereto as <u>Exhibit 55</u> is a true and correct copy of Cynthia

Harvey's May 29, 2019 OIC Original Complaint Details, labeled

HARVEY_000115.

1    68.    Attached hereto as Exhibit 56 is a true and correct copy of a June 19,

2    2019 letter from Coordinated Care to Karen Huber of the OIC regarding Cynthia

3    Harvey, labeled HARVEY_000076.

4        I declare under penalty of perjury under the laws of the United States of

5    America that the foregoing is true and correct.

6        EXECUTED at Seattle, Washington, this 8th day of January, 2020.

7                                        /s/ Beth E. Terrell, WSBA #26759
                                          Beth E. Terrell, WSBA #26759

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION OF BETH E. TERRELL IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION - 20
CASE NO. 2:18-CV-00012-SMJ

# CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on January 8, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Maren Roxanne Norton, WSBA #35435
J. Scott Pritchard, WSBA #50761
Attorneys for Defendants
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, Washington 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
Email: mrnorton@stoel.com
Email: scott.pritchard@stoel.com

Steven M. Cady, *Admitted Pro Hac Vice*
Brendan V. Sullivan, Jr., *Admitted Pro Hac Vice*
Andrew McBride
William Murray
Attorneys for Defendants
WILLIAMS & CONNOLLY, PLLC
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5321
Facsimile: (202) 434-5029
Email: scady@wc.com
Email: bsullivan@wc.com
Email: amcbride@wc.com
Email: bmurray@wc.com

1

DATED this 8th day of January, 2020.

2

TERRELL MARSHALL LAW GROUP PLLC

3

By:   /s/ Beth E. Terrell, WSBA #26759

4

Beth E. Terrell, WSBA #26759
Attorneys for Plaintiff and the Class

5

936 North 34th Street, Suite 300
Seattle, Washington 98103

6

Telephone: (206) 816-6603
Facsimile: (206) 319-5450

7

Email: bterrell@terrellmarshall.com

8

9

10

11

12

13

14

15

16

17

18

19

20