UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JUN 16 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CYNTHIA HARVEY, individually and on behalf of all others similarly situated,

        Plaintiff-Appellant,

 v.

CENTENE MANAGEMENT COMPANY LLC; COORDINATED CARE CORPORATION,

        Defendants-Appellees.

No. 20-35468

D.C. No. 2:18-cv-00012-SMJ
Eastern District of Washington, Spokane

ORDER

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 8) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7

LCC/MOATT