```
1  Beth E. Terrell, WSBA #26759
   Jennifer R. Murray, WSBA #36983
2  Elizabeth A. Adams, WSBA #49175
   Attorneys for Plaintiff and the Class
3  TERRELL MARSHALL LAW GROUP PLLC
   936 North 34th Street, Suite 300
4  Seattle, Washington 98103
   Telephone: (206) 816-6603
5  Facsimile: (206) 319-5450
   Email: bterrell@terrellmarshall.com
6  Email: jmurray@terrellmarshall.com
   Email: eadams@terrellmarshall.com
7
   [Additional Counsel Appear On Signature Page]
8
```

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYNTHIA HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTENE MANAGEMENT COMPANY, LLC and COORDINATED CARE CORPORATION,<br><br>Defendants. | NO. 2:18-cv-00012-SMJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Cynthia Harvey and Defendants Centene Management Company, LLC and Coordinated Care Corporation, being the only parties who have appeared in this action, stipulate and agree, pursuant to Federal Rule of Civil Procedure

STIPULATION OF DISMISSAL WITH PREJUDICE - 1
CASE NO. 2:18-CV-00012-SMJ

1  41(a)(1)(A)(ii), to the dismissal of the above-entitled action with prejudice and

2  without an award of fees or costs to any party.

3      RESPECTFULLY SUBMITTED AND DATED this 14th day of September, 2020.

4  TERRELL MARSHALL LAW GROUP PLLC    WILLIAMS & CONNOLLY, PLLC

5

6  By: /s/ Beth E. Terrell, WSBA #26759    By: /s/ Steven M. Cady, *Pro Hac Vice*
   Beth E. Terrell, WSBA #26759    Steven M. Cady, *Pro Hac Vice*
   Jennifer R. Murray, WSBA #36983    Brendan V. Sullivan, Jr., *Pro Hac Vice*
7     Elizabeth A. Adams, WSBA #49175    Andrew McBride
   Attorneys for Plaintiff and the Class    William Murray
8     936 North 34th Street, Suite 300    Attorneys for Defendants
   Seattle, Washington 98103    725 Twelfth Street, N.W.
9     Telephone: (206) 816-6603    Washington, D.C. 20005
   Facsimile: (206) 319-5450    Telephone: (202) 434-5321
10    Email: bterrell@terrellmarshall.com    Facsimile: (202) 434-5029
   Email: jmurray@terrellmarshall.com    Email: scady@wc.com
11    Email: eadams@terrellmarshall.com    Email: bsullivan@wc.com
   Email: hrota@terrellmarshall.com    Email: amcbride@wc.com
12     Email: bmurray@wc.com

13    Seth Lesser, *Admitted Pro Hac Vice*
   Fran L. Rudich, *Admitted Pro Hac Vice*    Maren Roxanne Norton, WSBA
   Attorneys for Plaintiff and the Class    #35435
14    KLAFTER OLSEN & LESSER LLP    J. Scott Pritchard, WSBA #50761
   Two International Drive, Suite 350    Attorneys for Defendants
15    Rye Brook, New York 10514    STOEL RIVES LLP
   Telephone: (914) 934-9200    600 University Street, Suite 3600
16    Email: seth@klafterolsen.com    Seattle, Washington 98101
   Email: fran@klafterolsen.com    Telephone: (206) 624-0900
17    Email:    Facsimile: (206) 386-7500
   nancy.velasquez@klafterolsen.com    Email: mrnorton@stoel.com
18    Email: alexis.castillo@klafterolsen.com    Email: scott.pritchard@stoel.com

19

STIPULATION OF DISMISSAL WITH PREJUDICE - 2
CASE NO. 2:18-CV-00012-SMJ

Kurt B. Olsen
Attorneys for Plaintiff and the Class
KLAFTER OLSEN & LESSER LLP
1250 Connecticut Ave., N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 261-3553
Email: ko@klafterolsen.com

Robert S. Green, *Admitted Pro Hac Vice*
James Robert Noblin, *Pro Hac Vice*
Attorneys for Plaintiff and the Class
GREEN & NOBLIN, P.C.
2200 Larkspur Landing Circle, Suite 101
Larkspur, California 94939
Telephone: (415) 477-6700
Email: gnecf@classcounsel.com
Email: jrn@classcounsel.com

David Martin
Mark Ravis, *Admitted Pro Hac Vice*
Attorneys for Plaintiff and the Class
MARK RAVIS & ASSOCIATES
1875 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 295-4145
Email: dhmartin99@gmail.com
Email: mravis99@gmail.com

Janet R. Varnell, *Admitted Pro Hac Vice*
Attorneys for Plaintiff and the Class
VARNELL & WARWICK
P.O. Box 1870
Lady Lake, Florida 32158
Telephone: (352) 753-8600
Facsimile: (352) 504-3301
Email:jvarnell@varnellandwarwick.com

STIPULATION OF DISMISSAL WITH PREJUDICE - 3
CASE NO. 2:18-CV-00012-SMJ

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on September 14, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Maren Roxanne Norton, WSBA #35435
> J. Scott Pritchard, WSBA #50761
> Attorneys for Defendants
> STOEL RIVES LLP
> 600 University Street, Suite 3600
> Seattle, Washington 98101
> Telephone: (206) 624-0900
> Facsimile: (206) 386-7500
> Email: mrnorton@stoel.com
> Email: scott.pritchard@stoel.com
>
> Steven M. Cady, *Admitted Pro Hac Vice*
> Brendan V. Sullivan, Jr., *Admitted Pro Hac Vice*
> Andrew McBride
> William Murray
> Attorneys for Defendants
> WILLIAMS & CONNOLLY, PLLC
> 725 Twelfth Street, N.W.
> Washington, D.C. 20005
> Telephone: (202) 434-5321
> Facsimile: (202) 434-5029
> Email: scady@wc.com
> Email: bsullivan@wc.com
> Email: amcbride@wc.com
> Email: bmurray@wc.com

STIPULATION OF DISMISSAL WITH PREJUDICE - 4
CASE NO. 2:18-CV-00012-SMJ

1

DATED this 14th day of September, 2020.

2

TERRELL MARSHALL LAW GROUP PLLC

3

By:   /s/ Beth E. Terrell, WSBA #26759
       Beth E. Terrell, WSBA #26759
       Attorneys for Plaintiff and the Class
       936 North 34th Street, Suite 300
       Seattle, Washington 98103
       Telephone: (206) 816-6603
       Facsimile: (206) 319-5450
       Email: bterrell@terrellmarshall.com

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

STIPULATION OF DISMISSAL WITH PREJUDICE - 5
CASE NO. 2:18-CV-00012-SMJ