FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 15, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYNTHIA HARVEY,<br><br>                    Plaintiff,<br><br>          v.<br><br>CENTENE MANAGEMENT COMPANY, LLC and COORDINATED CARE CORPORATION,<br><br>                    Defendants. | No.   2:18-cv-00012-SMJ<br><br>**ORDER DISMISSING CASE** |

On September 14, 2020, the parties filed a stipulated dismissal, ECF No. 129. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

//

//

//

//

//

//

ORDER DISMISSING CASE – 1

1. The parties' Stipulation of Dismissal With Prejudice, **ECF No. 129**, is **GRANTED**.

2. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorney fees.

3. All hearings and other deadlines are **STRICKEN**.

4. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 15th day of September 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2